**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMIE GEWIRTZ and EMILY GEWIRTZ STIEBEL**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**OPKO HEALTH, INC., a Delaware corporation, ADAM LOGAL and JOHN DOES 1 – 10,**<br><br>**Defendants.** | : | CIVIL ACTION<br><br>No. 2:15-cv-04352-CMR<br><br>Judge Cynthia M. Rufe |

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of the above-captioned action with prejudice and with each party to bear his, her or its own attorneys' fees and costs.

Dated: April 18, 2017

**KOHN, SWIFT, & GRAF, P.C.**
One South Broad Street, Suite 2100
Philadelphia, PA 19107-3389
Tel.: (215) 238-1700
Fax: (215) 238-1968

By: [signature]
Stephen H. Schwartz
E-mail: sschwartz@kohnswift.com

*Attorneys for Plaintiffs Jamie Gewirtz and Emily Gewirtz Stiebel*

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, CO 80202
Tel.: (303) 260-7712
Fax: (303) 260-7714

By: ______________________
Dennis N. Lueck, Jr.
PA Bar No. 204418
E-mail: dennis.lueck@akerman.com

*-and-*

Brian P. Miller (admitted *pro hac vice*)
Samantha J. Kavanaugh (admitted *pro hac vice*)
**AKERMAN LLP**
Three Brickell City Centre
98 Southeast 7th Street, Suite 1100
Miami, FL 33131
Tel.: (305) 374-5600
Fax: (305) 374-5095
E-mail: brian.miller@akerman.com
E-mail: samantha.kavanaugh@akerman.com

*Attorneys for Defendant OPKO Health, Inc. and Adam Logal*

Dated: April 18, 2017

**KOHN, SWIFT, & GRAF, P.C.**
One South Broad Street, Suite 2100
Philadelphia, PA 19107-3389
Tel.: (215) 238-1700
Fax: (215) 238-1968

By: ______________________
Stephen H. Schwartz
E-mail: sschwartz@kohnswift.com

*Attorneys for Plaintiffs Jamie Gewirtz and Emily Gewirtz Stiebel*

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, CO 80202
Tel.: (303) 260-7712
Fax: (303) 260-7714

By: Dennis N. Lueck, Jr.
Dennis N. Lueck, Jr.
PA Bar No. 204418
E-mail: dennis.lueck@akerman.com

*-and-*

Brian P. Miller (admitted *pro hac vice*)
Samantha J. Kavanaugh (admitted *pro hac vice*)
**AKERMAN LLP**
Three Brickell City Centre
98 Southeast 7th Street, Suite 1100
Miami, FL 33131
Tel.: (305) 374-5600
Fax: (305) 374-5095
E-mail: brian.miller@akerman.com
E-mail: samantha.kavanaugh@akerman.com

*Attorneys for Defendant OPKO Health, Inc. and Adam Logal*

## CERTIFICATE OF SERVICE

I, Stephen H. Schwartz, hereby certify that I have served a true and correct copy of the Stipulation For Voluntary Dismissal With Prejudice on this date by electronic filing service notification to the following parties:

Dennis N. Lueck, Jr.
**AKERMAN LLP**
1400 Wewatta Street, Suite 500
Denver, CO 80202
Tel.: (303) 260-7712
Fax: (303) 260-7714
E-mail: dennis.lueck@akerman.com

*-and-*

Brian P. Miller (*pro hac vice)*
Samantha J. Kavanaugh (*pro hac vice*)
**AKERMAN LLP**
One Southeast Third Avenue, 25th Floor
Miami, FL 33131
Tel.: (305) 374-5600
Fax: (305) 374-5095
E-mail: brian.miller@akerman.com
E-mail: samantha.kavanaugh@akerman.com

*Attorneys for Defendant OPKO Health, Inc. and Adam Logal*

Date: April 18, 2017

Stephen H. Schwartz
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107-3389
Phone: (215) 238-1700
Fax: (215) 238-1968

Attorney for Plaintiffs Jamie Gewirtz and Emily Gewirtz Stiebel